IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELIZABETH OTT**                                                              **PLAINTIFF**

V.                                                                    Civil Action No.: 1:06cv252 LTS-JMR

**NATIONWIDE MUTUAL FIRE INSURANCE**                                           **DEFENDANTS**
**COMPANY, MARVIN ROBINSON, Individually**
**and as Agent of Nationwide Mutual Fire**
**Insurance Company, and JOHN DOES 1-10**

### AGREED-ORDER PERMITTING
### REMAND-RELATED DISCOVERY

Pursuant to the Court's August 1, 2006, Order Modifying Stay to Allow Remand-Related Discovery, the Parties have conferred and agreed upon the procedures that will govern remand-related discovery in this case.

Written Discovery.  Each Party shall be permitted to issue no more than ten requests for production and no more than ten interrogatories that relate directly to the factual disputes identified in the Court's August 1, 2006' Order Modifying Stay to Allow Remand-Related Discovery.  All such requests for production and interrogatories shall be served within 10 days of the date of this Order.  Each Party shall serve its responses and objections (if any) to the interrogatories and requests for production within 20 days of the date of receipt of said discovery request.  Within 5 days of receipt of discovery responses, counsel for both parties shall meet and confer regarding any potential disputes regarding the scope of discovery and/or the discovery responses.  If any dispute cannot be resolved by counsel, the party seeking discovery shall present the dispute(s) to the Court within 7 days of the filing of the discovery responses in dispute.

Deposition Discovery.  Plaintiff shall be permitted to take the deposition of

Defendant Marvin Robinson regarding the issues identified in the Court's August 1, 2006 Order Modifying Stay to Allow Remand Related Discovery.  Defendant Nationwide shall be permitted to take the deposition of Plaintiff Elizabeth Ott regarding the issues identified in the Court's August 1, 2006 Order Modifying Stay to Allow Remand Related Discovery.  Both depositions shall be completed within a period of 45 days from the date of this Order.

**SO ORDERED** this 18th day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge


AGREED TO AND APPROVED BY:

/s/ Joseph G. Albe_____
JOSEPH G. ALBE (MB No. 1302)
Attorney for Plaintiff

/s/ F. Hall Bailey_____
F. HALL BAILEY (MB No.1688)
One of the Attorneys for Defendant Nationwide
Mutual Fire Insurance Company